ABIR COHEN TREYZON SALO, LLP
Boris Treyzon, Esq. (SBN 188893)
1901 Avenue of the Stars, Suite 935
Los Angeles, CA 90067
Telephone: (424) 288-4367
Facsimile: (424) 288-4368

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 0 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Attorneys for Plaintiff Leighton Bovee, an unmarried individual

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Leighton Bovee, an unmarried individual,<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED MICROWAVE TECHNOLOGY, INC.; CELLENCOR, INC.; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No.: 2:19-CV-00694-SVW<br><br>[PROPOSED] ORDER RE: STIPULATION TO DISMISS ACTION<br><br>Complaint Filed: January 30, 2019 |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. Further, the parties stipulate that this dismissal without prejudice shall never operate as an adjudication on the merits in the event the action is ever refiled in the United States District Court for the Central District of California. The clerk is directed to close the file.

Dated: June 20, 2019

Judge Stephen V. Wilson
United States District Court Judge

- 1 -
[PROPOSED] ORDER RE: STIPULATION TO DISMISS ACTION